UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:18-cr-00035-NONE-SKO |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| WILLIAM ROE ACEVEDO, | (Doc. Nos. 251, 252, 254) |
| Defendant-Petitioner. | |

On November 2, 2020, William Roe Acevedo ("movant"), a federal prisoner proceeding *pro se*, filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255 ("§ 2255 motion") raising Sixth Amendment claims of ineffective assistance of trial counsel. (Doc. No. 251.) On December 8, 2020, movant filed a motion requesting to amend his § 2255 pleading. (Doc. No. 252.) On January 13, 2021, the court granted movant's motion to amend while expressing no opinion as to the timeliness of movant's § 2255 motion. (Doc. No. 253.) On March 1, 2021, movant filed his amended § 2255 motion. (Doc. No. 254.)

The court has conducted a preliminary review of movant's § 2255 motion and believes further briefing would aid its decision making. The government is directed to file a response according to the schedule below and is instructed specifically to address movant's grounds for equitable tolling, as well as the merits of movant's claims and any plea waiver.

/////

Accordingly, the court ORDERS as follows:

1. The government shall file a response to movant's § 2255 motion by <u>February 15, 2022</u>; and

2. Movant shall file a reply, if any, no later than <u>March 15, 2022</u>.

IT IS SO ORDERED.

Dated:   **December 21, 2021**           *Dale A. Drozd*
                                         UNITED STATES DISTRICT JUDGE

2